Robert J. SARHAN, Petitioner,

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

**No. 2008–3258.**

United States Court of Appeals, Federal Circuit.

May 19, 2009.

Rehearing En Banc Denied
Aug. 19, 2009.

Samuel B. Reiner, II, Reiner & Reiner, P.A., of Miami, Florida, argued for petitioner.

Anuj Vohra, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief was Kenneth W. Bork, Attorney, Federal Bureau of Prisons, Office of the General Counsel, United States Department of Justice, of Washington, DC.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.